# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148900 & (15)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 148900
             COA: 318854
             St Clair CC: 11-001804-FC

JUSTIN TIMOTHY COMER,
   Defendant-Appellant.

_____/

   By order of October 3, 2014, the prosecuting attorney was directed to answer the application for leave to appeal the January 27, 2014 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015 _____



s0128
                Clerk